**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

**CLINTON BURROUGHS,**

**Plaintiff,**

**v.** **Case No. 5:26cv162-MCR/MJF**

**CABRIEL MAY, et al.,**

**Defendants.**

______________________________/

**ORDER**

The Magistrate Judge issued a Report and Recommendation on July 23, 2026. ECF No. 14. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 14, is adopted and incorporated by reference in this order.

2. This civil action is **DISMISSED** because the operative pleading violates the Local Rules and is a "shotgun" pleading.

3. All pending motions are denied as moot.

4. The clerk of the court is directed to close the case file.

**DONE AND ORDERED** this 5th day of November 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**